This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**RANDALL MINGHELLI,**

Plaintiff-Appellee,

**v.**                                                              **No. 34,210**

**DEBBIE MCPHERSON,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY**
**George P. Eichwald, District Judge**

Roybal-Mack Law, P.C.
Antonia Roybal-Mack
Albuquerque, NM

for Appellee

Debbie McPherson
Stevensville, MD

Pro Se Appellant

## MEMORANDUM OPINION

**GARCIA, Judge.**

{1}     Summary dismissal for a non-final order was proposed for the reasons stated

in the notice of proposed disposition. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.

{2}	The appeal is dismissed for lack a of final order and remanded to the district court for further proceedings.

{3}	**IT IS SO ORDERED.**


_____
**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**


_____
**MICHAEL D. BUSTAMANTE, Judge**


_____
**LINDA M. VANZI, Judge**